# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>JOSE CRUZ PEREZ,<br><br>                   Defendant. | Case No. 19cr4618-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 25] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

Further, bond is exonerated.

**IT IS SO ORDERED**.

DATED: March 17, 2020

HON. MICHAEL M. ANELLO
United States District Judge